Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| SHYNE, INC. | § | Case No.  8:13-bk-19816-ES |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Richard A. Marshack (TR), trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
411 West Fourth Street
Santa Ana, CA 92701

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:30 a.m. on November 17, 2016 in Courtroom 5A, United States Courthouse, located at 411 W. Fourth Street, Santa Ana, CA 92701. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

| Date Mailed: | 10/05/2016 | By : | /s/ Richard A. Marshack |
|---|---|---|---|
| | | | Trustee |

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re: §
§
SHYNE, INC. §    Case No. 8:13-bk-19816-ES
§
§
§
Debtors(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,109,703.28 |
| and approved disbursements of | $ | 2,915,687.63 |
| leaving a balance on hand of: | $ | 194,015.65 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of | Interim Payment to | Proposed Payment |
|---|---|---|---|---|---|
| 9 | N. A. MERCHANTS BANK OF | $ 2,051,879.29 | $ 2,174,696.44 | $ 2,174,696.44 | $ 0.00 |
| Total to be paid to secured creditors | | | | $ | 0.00 |
| Remaining Balance | | | | $ | 194,015.65 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

UST Form 101-7-NFR (10/1/2010)(Page 2 )

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:  Richard A. Marshack | $ 116,541.10 | $ 0.00 | $ 102,556.17 |
| Trustee, Expenses:  Richard A. Marshack | $ 747.95 | $ 0.00 | $ 747.95 |
| Attorney for Trustee, Fees:  LAW OFFICE OF JOHN D. OTT | $ 52,770.00 | $ 52,770.00 | $ 0.00 |
| Attorney for Trustee, Expenses: LAW OFFICE OF JOHN D. OTT | $ 2,376.72 | $ 2,376.72 | $ 0.00 |
| Charges: U.S. Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other:  LOBEL WEILAND GOLDEN FRIEDMAN LLP | $ 105,745.00 | $ 51,450.00 | $ 0.00 |
| Other:  WEILAND GOLDEN LLP | $ 132,001.00 | $ 86,989.00 | $ 30,593.17 |
| Other:  LOBEL WEILAND GOLDEN FRIEDMAN LLP | $ 2,884.58 | $ 2,437.18 | $ 447.40 |
| Other:  WEILAND GOLDEN LLP | $ 3,269.38 | $ 3,269.38 | $ 0.00 |
| Other:  HAHN FIFE & COMPANY LLP | $ 8,009.00 | $ 0.00 | $ 7,047.92 |
| Other:  HAHN FIFE & COMPANY LLP | $ 363.30 | $ 0.00 | $ 363.30 |
| Other:  BICHER & ASSOCIATES | $ 1,958.50 | $ 1,958.50 | $ 0.00 |
| Other:  BICHER & ASSOCIATES | $ 17.40 | $ 17.40 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $    142,105.91

Remaining Balance       $     51,909.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $44,891.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FRANCHISE TAX BOARD | $ 1,663.23 | $ 1,663.23 | $ 0.00 |
| 3 | FRANCHISE TAX BOARD | $ 800.00 | $ 800.00 | $ 0.00 |
| 10 | STATE BOARD OF EQUALIZATION | $ 40,528.46 | $ 0.00 | $ 40,528.46 |
| 11 | INTERNAL REVENUE SERVICE | $ 1,900.00 | $ 1,900.00 | $ 0.00 |

Total to be paid to priority creditors       $     40,528.46

Remaining Balance       $     11,381.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)(Page 3 )

Timely claims of general (unsecured) creditors totaling $13,381.28 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2-B | FRANCHISE TAX BOARD | $ 204.42 | $ 0.00 | $ 204.42 |
| 5 | ELLIOTT LUCHS | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| 6 | AMERICAN EXPRESS BANK FSB | $ 1,629.11 | $ 0.00 | $ 1,629.11 |
| 10-b | STATE BOARD OF EQUALIZATION | $ 8,047.75 | $ 0.00 | $ 8,047.75 |
| 11-B | INTERNAL REVENUE SERVICE | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 11,381.28 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $5,142.56 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10-b | STATE BOARD OF EQUALIZATION | $ 5,142.56 | $ 0.00 | $ 0.00 |
| Total to be paid to subordinated creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

/s/ Richard A. Marshack

                                      Prepared By:

                                            Trustee

Richard A. Marshack (TR)

870 Roosevelt

Irvine, CA 92620

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.